11-3562-cv
*Abdelhadi v. New York City Dep't of Correction*

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1.  When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of June, two thousand twelve.

PRESENT:

        GUIDO CALABRESI,
        JOSÉ A. CABRANES,
        RAYMOND J. LOHIER, JR.,
            *Circuit Judges.*

_____

Omar Abdelhadi,

       *Plaintiff-Appellant,*

          v.                            No. 11-3562-cv

New York City Department of Correction, Martin F. Horn, Commissioner, New York City Department of Correction, New York City Department of Investigation, Rose Gill Hearn, Commissioner, New York City Department of Investigation, City of New York,

       *Defendants-Appellees.*

_____

FOR PLAINTIFF-APPELLANT:   ANN MACADANGDANG (Alan Serrins, *of counsel*), Serrins & Associates, LLC, New York, NY.

FOR DEFENDANTS-APPELLEES:  ELLEN RAVITCH (Pamela Seider Dolgow and Kathleen M. Comfrey, *of counsel*), *for* Michael A. Cardozo, Corporation Counsel of the City of New York, New York, NY.

Appeal from the August 5, 2011 judgment of the United States District Court for the Eastern District of New York (Frederic Block, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant Omar Abdelhadi ("Abdelhadi") appeals from the August 5, 2011 judgment of the District Court granting summary judgment to defendants-appellees, New York City Department of Correction ("DOC"), DOC Commissioner Martin F. Horn, New York City Department of Investigation ("DOI"), DOI Commissioner Rose Gill Hearn, and the City of New York (jointly, the "defendants"), and dismissing his national origin and religious discrimination claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, the New York State Human Rights Law ("NYSHRL"), N.Y. Exec. Law §§ 290–97, and the New York City Human Rights Law ("NYCHRL"), N.Y.C. Admin. Code § 8-107 *et seq.*, as well as his First and Fourteenth Amendment claims brought pursuant to 42 U.S.C. § 1983. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* the district court's grant of summary judgment, "drawing all factual inferences in favor of the non-moving party." *Paneccasio v. Unisource Worldwide, Inc.*, 532 F.3d 101, 107 (2d Cir. 2008). "Summary judgment is proper only when, construing the evidence in the light most favorable to the non-movant, 'there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.'" *Doninger v. Niehoff*, 642 F.3d 334, 344 (2d Cir. 2011) (quoting Fed. R. Civ. P. 56(a)).

2

Upon a review of the record and the arguments of counsel, we affirm the judgment of the District Court substantially for the reasons stated by Judge Block in his Memorandum and Order dated August 3, 2011. We have considered all of Abdelhadi's arguments on appeal and conclude that each of them is without merit. Accordingly, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court

3